# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0095
LT Case No. 35-2016-CF-1822-A
_____

JEAN ROBERT NAVUIS SUGRIN,
JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Jean Robert Navuis Sugrin, Jr., Arcadia, pro so.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____